# Third District Court of Appeal

## State of Florida

Opinion filed March 29, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1379
Lower Tribunal No. 19-534
_____

**C.P.-W., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Dawn Denaro, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before LOGUE, HENDON, and BOKOR, JJ.

PER CURIAM.

We reverse and remand for a new adjudicatory hearing because, under the facts of this case, the trial court's "failure to render case-specific findings of necessity justifying conducting the juvenile adjudicatory hearing[] remotely resulted in a denial of due process."  J.T.B. v. State, 345 So. 3d 927, 934 (Fla. 3d DCA 2022).  As we are reversing for a new adjudicatory hearing, we do not address the remaining arguments raised by C.P.-W. in this appeal.

Reversed and remanded.